## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Linda Mobley  Case No. 17-40806

  Judge: Hon. Marci McIvor

_____Debtor(s)._____/

### DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 16-1)

**NOW COMES** Debtor(s) Linda Mobley, by and through counsel, Moran Law, and objects to the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 16-1), and in support thereof states as follows:

1. Debtor(s) Linda Mobley filed for Chapter 13 bankruptcy protection in this case on 13.

2. That on May 25, 2017, Michigan Department of Treasury filed a proof of claim with this court asserting a priority claim in the amount of $7,040.21.

3. That Debtor(s) dispute(s) the claim as she has not been required to file tax returns since at least 2014.

**WHEREFORE,** the Debtor(s) pray that this Honorable Court deny claim, and grant any further and other relief as this Court deems equitable and just.

Dated: June 19, 2017  Respectfully submitted,

  /s/ Ryan B. Moran
  Ryan B. Moran (P70753)
  Attorney for Debtor
  Moran Law
  25600 Woodward Ave.; Ste. 201
  Royal Oak, MI 48067
  (248) 246-6536
  rmoran@moranlaw.com

**Exhibit 1**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**  Chapter 13

Linda Mobley  Case No. 17-40806

Judge: Hon. Marci McIvor

_____Debtor(s)._____/

### ORDER ON DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 16-1)

This matter came on for hearing upon the Objection of Proof of Claim filed by the debtor(s) pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Proof of Claim filed by Michigan Department of Treasury (PACER Claim No. 16-1) is hereby denied.

**Exhibit 2**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| Linda Mobley | Case No. 17-40806 |
| | Judge: Hon. Marci McIvor |
|        Debtor(s).               / | |

**NOTICE OF DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 16-1)**

The Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before July 20, 2017, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

                U.S. Bankruptcy Court
                211 W. Fort Street
                17th Floor
                Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Moran Law, 25600 Woodward Ave. Suite 201, Royal Oak, MI 48226

David Wm. Ruskin, 26555 Evergreen Suite 1100, Southfield, MI 48076

Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909

2. Attend the hearing on the objection, scheduled to be held on July 27, 2017 at 9:00 a.m. in Judge McIvor's Courtroom, in the U.S. Bankruptcy Court located on 19th Floor of 211 West Fort St., Courtroom 1875, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled**, **and the objection sustained.**

Dated: June 19, 2017                                         Respectfully submitted,

/s/ Ryan B. Moran
Ryan B. Moran (P70753)
Attorney for Debtor
Moran Law
25600 Woodward Ave.; Ste. 201
Royal Oak, MI 48067
(248) 246-6536
rmoran@moranlaw.com

**Exhibit 3**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| Linda Mobley | Case No. 17-40806 |
| | Judge: Hon. Marci McIvor |
| _____Debtor(s)._____/ | |

**CERTIFICATE OF SERVICE OF DEBTOR(S)' OBJECTION TO THE PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 16-1)**

I hereby certify that on June 19, 2017, I electronically filed the Debtors' Objection to the Proof of claim of Michigan Department of Treasury (Claim No. 16-1), and the accompanying Exhibits, Notice, and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    David Wm. Ruskin

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Michigan Department of Treasury
    Bankruptcy Unit, P.O. Box 30168
    Lansing, MI 48909

    Linda Mobley
    18105 Fairfield Street
    Detroit, MI 48221

Dated: June 19, 2017                 Respectfully submitted,

                                              /s/ Ryan B. Moran
                                              Ryan B. Moran (P70753)
                                              Attorney for Debtor
                                              Moran Law

25600 Woodward Ave.; Ste. 201
Royal Oak, MI 48067
(248) 246-6536
rmoran@moranlaw.com