UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 17-40806-mbm |
| LINDA MOBLEY, | Chapter 13 |
| Debtor. | Hon. Marci B. McIvor |

_____/

### ORDER ON STIPULATION REGARDING <u>MICHIGAN DEPARTMENT OF TREASURY'S CLAIM #16-1</u>

The parties having stipulated to resolve Debtor's objection to the priority portion of the State of Michigan Department of Treasury's Claim #16-1,

IT IS ORDERED THAT

1. Treasury will amend the tax priority amount for 2016 individual income tax in Claim No. 16 to the amount of zero ("0"), *without prejudice.*

2. Treasury will review the matter after October of this year to determine the accuracy of Debtor's claim. If Treasury believes that Debtor is required to file a 2016 Michigan Return, Treasury will assess the amount of taxes owed, if any, and will amend its priority claim to

reflect the amount of any taxes owed, at which time Debtor will be required to file a 2016 Michigan Return or file an objection to the amended claim.

3. Debtor's objection is withdrawn.

**Signed on July 19, 2017**

4.



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge